[Nos. 11998–6–II; 12073–9–II.   Division Two.   March 7, 1990.]

*In the Matter of the Marriage of* STEVEN M. EYLER, *Appellant, and* KATHY E. EYLER, *Respondent.*

Appeals from judgments of the Superior Court for Clark

County, No. 87–3–00136–6, Robert L. Harris, J., entered May 25 and 27, 1988. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.